DOMINICK MEO, Appellant, v. JACOB BLOOMGARDEN, Respondent.— Motion to vacate order granting leave to appeal to the Court of Appeals granted and order vacated. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ. [See 237 App. Div. 886.]

JOSEPH MICHAEL, Respondent, v. CHARLES I. H. GREENBAUM and MATILDA GREENBAUM, Appellants.— Motion for reargument granted on the question only as to the reduction of the verdict to $2,500, which plaintiff is willing to stipulate to accept. Reargument to be had on Friday, March seventeenth. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ. [See 237 App. Div. 907; post, p. 871.]

PATCHOGUE FIELD CLUB, INC., Respondent, v. JAMES I. DAVIS, Appellant, and ALICE E. DAVIS, His Wife, Defendant.— Motion to resettle order denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GRACE A. GELTNER, Appellant, v. LORETTA CAVANAGH, Respondent.— Motion for reargument of appeal and to vacate order dated February 27, 1933, denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

WILLIAM SCHWARTZBARTH, Respondent, v. EDWIN W. SOHMER and WILLIAM SOHMER, JR., as Surviving Partners, etc., and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

S. SNAIDER & Co., INC., Appellant, v. DANIEL ALLEN, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

SAMUEL WOLFSON, on Behalf of Himself and Other Creditors of FISHKIND REALTY Co., INC., Respondent, v. SAMFRED HOLDING CORPORATION and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.